ORIGINAL
Original

FILED
JUN 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

JSW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RONALD BRATTON,
    Plaintiff,

vs.

BEN CURRY, Warden-CTF, et. al.,
W. MARTINUS, Correctional Officer, CTF
B. R. PEOPLES,  Defendant.
I. GUERRA,
D. SOTO,

CV 08 2788

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

(PR)

I, __RONALD BRATTON__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed? Yes ___ No _X_ 'Prison job only'
(unasigned April 15, 2008)
If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __$0 to $20 max.__    Net: __same__
(pay ended when I became unassigned)
Employer: __CTF-Soledad__

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  County of Los Angeles, DPSS
5  $2600 mo.
6  _____

7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9      a.  Business, Profession or                Yes ____ No _X_
10        self employment
11     b.  Income from stocks, bonds,             Yes ____ No _X_
12        or royalties?
13     c.  Rent payments?                          Yes ____ No _X_
14     d.  Pensions, annuities, or                 Yes ____ No _X_
15        life insurance payments?
16     e.  Federal or State welfare payments,      Yes ____ No _X_
17        Social Security or other govern-
18        ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____

23 3.  Are you married?                                Yes _X_ No ____
24 Spouse's Full Name: PHYLLIS BRATTON,  separated 20 years
25 Spouse's Place of Employment: disabled
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $ ?                              Net $ ?
28 4.  a.  List amount you contribute to your spouse's support:$ 0

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

None

_____

_____

5. Do you own or are you buying a home?   Yes ___ No _X_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?   Yes ___ No _X_

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ __N/A__

Do you own any cash? Yes ___ No _X_ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ___ No _X_

_____

8. What are your monthly expenses?   CDCR prisoner

Rent: $ __∅__    Utilities: __∅__

Food: $ __∅__    Clothing: __∅__

Charge Accounts:   None

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| n/a | $ | $ |
| n/a | $ | $ |
| n/a | $ | $ |

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____
4  _____
5  10. Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes  X   No ___
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  BRATTON v CURRY, et al., C 07 2928  all of these people/////////
10 and claims were dismissed with-out prejudice
11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16  May 25, 2008                    Ronald Bratton
                                    RONALD BRATTON
17     DATE                         SIGNATURE OF APPLICANT
18 The plaintiff/applicant claims prior waiver on these claims
19 from when they "were dismissed without prejudice from suit
20 C 07 2928  See accompaning 'ORDER OF SERVICE" pg. 8, and
21 "ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS"
22
23
24
25
26
27
28

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 4 -

```
                   CALIFORNIA DEPARTMENT OF CORRECTIONS
                        CTF SOLEDAD/TRUST ACCOUNTING
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: JAN. 01, 2008 THRU APR. 08, 2008

ACCOUNT NUMBER : J45341                   BED/CELL NUMBER: CFCWT1000000133L
ACCOUNT NAME   : BRATTON, RONALD          ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY

       TRAN
DATE   CODE  DESCRIPTION      COMMENT    CHECK NUM   DEPOSITS    WITHDRAWALS    BALANCE
-----  ----  --------------   ----------  ---------  ----------  -----------    -------

01/01/2008   BEGINNING BALANCE                                                    0.00

01/07  D554  INMATE PAYROL   2051 P 7                 20.00                      20.00
01/12  W516  LEGAL COPY CH   2179 LCOPY                              1.20        18.80
01/14  FC01  DRAW-FAC 1      2187 ML                                18.80         0.00
02/05  D554  INMATE PAYROL   2469 P1                   7.67                       7.67
02/19* W516 LEGAL COPY CH   2638 LCOPY                               2.00         5.67
02/19  FC01  DRAW-FAC 1      2657 ML                                 5.67         0.00
03/06  D554  INMATE PAYROL   2855 P2                  20.00                      20.00
03/17  FC01  DRAW-FAC 1      3015 ML                                20.00         0.00
04/03  D554  INMATE PAYROL   3155 P2                  20.00                      20.00

                              TRUST ACCOUNT SUMMARY

  BEGINNING        TOTAL           TOTAL         CURRENT        HOLDS       TRANSACTIONS
   BALANCE        DEPOSITS       WITHDRAWALS     BALANCE       BALANCE      TO BE POSTED
  ---------      ----------     -------------   ---------     ---------    -------------
     0.00          67.67           47.67          20.00          0.00           0.00


                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE
                                                             ---------
                                                                20.00
```

## PROOF OF SERVICE BY MAIL
### BY PERSON IN STATE CUSTODY
(C.C.P. §§ 1013(A), 2015,5)

I, RONALD BRATTON , declare:

I am over 18 years of age and I am party to this action. I am a resident of CORRECTIONAL TRAINING FACILITY prison, in the County of Monterrey, State of California. My prison address is:

RONALD BRATTON , CDCR #:J-45341
CORRECTIONAL TRAINING FACILITY-NORTH
P.O. BOX 705 CELL #: LA 1201
SOLEDAD, CA 93960-0705.

On May 22,2008 , I served the attached:

Civil Rights Complaint/American With Disabilities Complaint ADA 12131 42 U.S.C. § 1983 *with In Forma Pauperis motion, Application + Order Ordering leave to proceed In Forma Pauperis on these claims when they were dismissed without prejudice in Case C 07 2928 JSW (PR)* on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope (verified by prison staff), with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named institution in which I am presently confined. The envelope was addressed as follows:

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CA
450 Golden Gate Ave.
San Francisco, CA 94102

OFFICE OF ATTORNEY GENERAL
455 Golden Gate Ave.
Suite 11000
San Francisco, CA 94102

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 22,2008 .

*Ronald Bratton*
RONALD BRATTON
Declarant